AVERY and AVERY *against* CURTISS and WEED.

ACTION, on a joint and several promissory note, made by the defendants, who pleaded separately the general issue. On the trial, the verdict was for the plaintiff, against *Curtiss,* and for *Weed,* against the plaintiff, upon which *Weed's* attorney entered a rule for judgment, in his favour, with costs, which it was now moved to set aside, on the authority of the case, *Ex parte E. Nelson,* (1 *Cowen's Rep.* 422.)

*In an action arising ex-contractu, against several defendants, some of whom succeed, and others have a verdict against them, the former are not entitled to costs.*

*J. Maynard,* for the motion.

*A. Gibbs,* contra.

*Curia.* This case comes within the second section of the general statute concerning costs, (1 *R. L.* 343) the construction of which, in reference to this question, was considered in the case, *Ex parte Nelson,* (1 *Cowen's Rep.* 417). Though the question was not directly decided, the reasoning of that case applies. The course upon the English statute, which is worded like our second section, has always been to deny costs to one whose co-defendants are convicted, though a verdict pass for him. The 10th section, (1 *R. L.* 345) applies to certain actions arising *ex delicto* only. The motion must be granted.

Motion granted.